No. 80–5187. TAYLOR v. UNITED STATES. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of the position presently asserted by the Solicitor General in his memorandum for the United States filed September 17, 1980. JUSTICE WHITE and JUSTICE REHNQUIST dissent.

No. A–230. HAYDEN v. FLORIDA. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–239. GLUCK v. GLUCK. Sup. Ct. Conn. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–251. WOOD v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Application for stay, addressed to JUSTICE WHITE and referred to the Court, denied.

No. A–286. CALIFORNIA v. BRAESEKE. Sup. Ct. Cal. The stay heretofore entered by JUSTICE REHNQUIST is continued pending the timely filing and disposition of a petition for writ of certiorari.

No. A–303. MYERS ET AL. v. NATIONAL BROADCASTING CO., INC., ET AL. C. A. 2d Cir. Application for stay, presented to JUSTICE MARSHALL, and by him referred to the Court, denied.

No. 78–1318. O'BANNON, SECRETARY OF PUBLIC WELFARE OF PENNSYLVANIA v. TOWN COURT NURSING CENTER ET AL., 447 U. S. 773. Motion of respondent Town Court Nursing Center, Inc., to amend the judgment denied. JUSTICE MARSHALL took no part in the consideration or decision of this motion.